

# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-16-00123-CV

### Trial Court No. 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

**Brinda Redwine d/b/a Texas Working Dogs**

**Vs.**

**Brian Peckinpaugh d/b/a Monster Malaks/Natural Born Guardians**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Judith R Carnes |
| Motion fee | $10.00 | Angele Ortiz |
| Motion fee | $10.00 | Angele Ortiz |
| Reporter's record | $3,154.00 | Indigent |
| Motion fee | $10.00 | Angele Ortiz |
| Reporter's record | $250.00 | No payment made |
| Filing | $100.00 | Brinda Redwine |
| Required Texas.gov efiling fee | $30.00 | Brinda Redwine |
| Supreme Court chapter 51 fee | $50.00 | Brinda Redwine |
| Indigent | $25.00 | Brinda Redwine |
| Clerk's record | $468.00 | BRINDA REWINE |
| **TOTAL:** | $4,117.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of December 2017, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk